UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LORI FRANCHINA,
    Plaintiff,

v.      C.A. No. 21-342-JJM-LDA

CITY OF PROVIDENCE,
    Defendant.

ORDER

Defendant's Motion in Limine (ECF No. 60) is GRANTED in part and DENIED in part as follows:

(1) As to the facts surrounding the underlying discrimination case, the Plaintiff is allowed to put forth evidence of what the Board members knew about the facts and findings of the underlying case–including public reports. This is relevant to the issue of notice to the Board because a jury must consider whether the underlying suit played a part in its decision. It may also be used to show the Board's changing rationale for the denial of benefits. That said, any attempt to relitigate the facts of the original case, will not be allowed–the facts of the underlying case are relevant only if, and how they were considered by any Board member.

(2) The Court does not see, considering the above, how the testimony of Olayinka Oredugba or Jeffrey Almeida about the complaints made to the EEO office by Ms. Franchina, or the investigation into them are relevant, and therefore they will not be allowed to testify.

(3) Similarly, the Court does not see how Danielle Masse's testimony is relevant here and therefore she may not testify.

(4) Testimony of an undisclosed expert will not be allowed.

(5) Complete testimony from Ms. Franchina's treating doctors, as far as it supports her claim for emotional distress, will be allowed.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court

January 27, 2025