## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| LORI FRANCHINA, Plaintiff, | ) ) ) ) | |
| v. | ) ) | C.A. No. 21-342-JJM-LDA |
| CITY OF PROVIDENCE, Defendant. | ) ) ) ) | |

## ORDER

After prevailing at trial, the Plaintiff moves for an order awarding costs under 42 U.S.C. § 2000e-5(k), R.I. Gen. Laws § 28-5-24(a)(3), and Fed. R. Civ. P. 59(e) and 54(d)(2) in the amount of $25,432.89.  ECF No. 77 at 13-15.  The City objects to three categories of submitted costs.  ECF No. 82-1.

1. <u>Litigation Technologies</u>: Plaintiff seeks reimbursement of $19,876.33 for trial consulting and trial technical services as well as accompanying food, lodging, and travel for the provider of the services.  The Defendant objects to the specificity of the description of the work conducted by the trial consultant and that the cost incurred was not necessary.  The Court's review of these expenses finds that they were reasonable and necessary to the Plaintiff's attorney's presentation of his case to the jury.  The Plaintiff's choice of an out-of-state consultant does not make the travel and lodging costs unreasonable or unnecessary.

2. <u>Printing and Pacer Fees</u>:  The Defendants object to the costs of copying – claiming that paper copies are unnecessary when the Court receives and stores all exhibits electronically.  While the Court and Defendants counsel may not always need paper copies in this  digital world, an attorney's need for such does not make the copying costs unreasonable.

3. <u>Treating Doctors</u>: The Plaintiff seeks $3,216.00 reimbursement for the fees that two treating physicians charged to testify in this case.  Defendant objects. 28 U.S.C. § 1821(b) proscribes that the daily witness fee for witnesses is $40. There is no provision that allows for the cost of a witness to be greater than that.   The Plaintiff's request for costs is therefore reduced by $3136.00 ($3216.00 requested minus $80 allowed).

Therefore, the Court orders the costs to be taxed in this case for the Plaintiff total $22,296.89.


IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____

John J. McConnell, Jr.
Chief Judge
United States District Court

June 13, 2025

2