UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LORI FRANCHINA,<br>    Plaintiff,<br><br>v.<br><br>CITY OF PROVIDENCE,<br>    Defendant. | C.A. No. 21-342-JJM-LDA |

ORDER

The Plaintiff moves to amend the judgment (ECF No. 76) to include pre-judgment interest at 12% per annum totaling $2,782,500. ECF No. 79. The City objects only to the total amount because it claims a later accrual date than used by the Plaintiff.[1] ECF No. 83. It asserts that total pre-judgment interest is $1,085,000 on the $1,750,000 verdict for the Plaintiff.

Prejudgment interest is awarded to a plaintiff "from the date the cause of action accrued." R.I. Gen. Laws § 9-21-10(a). The accrual date in Rhode Island is the day on which the cause of action accrues, or the day the "injured party has the right to seek relief in court." *Cardi Corp. v. State*, 561 A.2d 384, 387 (R.I. 1989).

Here, Plaintiff's only remaining theory of liability for the jury to consider was

---

[1] "The Defendant is not disputing that Plaintiff Franchina is entitled to some amount of prejudgment interest. Defendant is not disputing that given these circumstances Rhode Island law, specifically, R.I. Gen. Law § 9-21-10(a) governs. Furthermore, the City does not dispute that the interest is to be calculated at a rate of 12% per year from the date of accrual to the date of the entry of final judgment. See R.I. Gen. Law § 9-21-10(a)." ECF No. 83 at .

retaliation that related to the January 30, 2020, denial of her petition to reopen her accidental disability pension. Therefore, that is her accrual date. Plaintiff asserts that the accrual date should be the date that the Board first denied her disability claim–December 21, 2011. But the action of the Board that gave rise to the verdict did not occur until the Board refused to reopen her claim. The claim for retaliation could not have been brought until the Board denied her motion to reopen her claim–which was on January 30, 2020.

Thus, the Court orders the judgment to be amended to include pre-judgment interest totaling $1,085,000. The total judgment therefore will be for $2,825,000, plus costs and post-judgment interest.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District Court

June 16, 2025